ALBERT P. WSZOLEK v. AMERICAN STANDARD, INC.

September 19, 1978. Petition for certification denied.

DANIEL FRANK v. INDUSTRIAL PROCESS ENGINEERS.

September 19, 1978. Petition for certification granted.

IDA A. BELTRANENA v. HELEN J. SIMPSON.

September 19, 1978. Petition for certification denied.

ALBERT J. CARBONE v. CHARLES E. CHAMPENOIS, JR.

September 19, 1978. Petition for certification denied.

IN RE SALARIES FOR PROBATION OFFICERS OF
HUDSON COUNTY, 1976–1977.

September 19, 1978. Petitions for certification denied.
(See 158 N. J. Super. 363)